JENNIE STRAUF, as Administratrix of the Estate of CLARENCE M. STRAUF, Deceased, Respondent, v. INTERNATIONAL HARVESTER COMPANY, Appellant. EDNA SKEENS, as Administratrix of the Estate of MAO H. SKEENS, Deceased, Respondent, v. INTERNATIONAL HARVESTER COMPANY, Appellant, et al., Defendant.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.